CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KENNETH I. GROSS (SBN: 117838)
kgross@kigrosslaw.com
LAW OFFICES OF KENNETH I. GROSS
& ASSOCIATES
849 S. Broadway, Suite 504
Los Angeles, California 90014-3232
Telephone: (213) 627-0218
Facsimile: (213) 623-4628
Attorney for Defendants Mater Montebello Limited
Partnership and Mater Montebello, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>     Plaintiff,<br><br>  v.<br><br>MATER MONTEBELLO LIMITED PARTNERSHIP, a California Limited Partnership; MATER MONTEBELLO, Inc., a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 2:20-CV-11579-DMG-PLA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 16, 2021         CENTER FOR DISABILITY ACCESS

              By:  /s/Amanda Seabock
                 Amanda Seabock
                 Attorneys for Plaintiff

Dated: November 16, 2021         LAW OFFICES OF KENNETH I. GROSS & ASSOCIATES

              By:  /s/Kenneth I. Gross
                 Kenneth I. Gross
                 Attorney for Defendants
                 Mater Montebello Limited Partnership
                 and Mater Montebello, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kenneth I. Gross, counsel for Mater Montebello Limited Partnership and Mater Montebello, Inc., respectively, and that I have obtained Kenneth I. Gross authorization to affix his electronic signature to this document.

Dated: November 16, 2021          CENTER FOR DISABILITY ACCESS

                                                        By:    /s/Amanda Seabock
                                                              Amanda Seabock
                                                              Attorneys for Plaintiff